1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GARY GONSALVES,

11         Plaintiff,                          No. 2:12-cv-1272 MCE KJN

12         v.

13   NATIONWIDE MUTUAL
     INSURANCE COMPANY,

14
           Defendant.                          ORDER

15   _____/

16         Presently before the court is the parties' Stipulation (Dkt. No. 14), which seeks to

17   alter the discovery completion date set within the Scheduling Order of Chief United States

18   District Judge Morrison C. England, Jr. (Scheduling Order, Dkt. No. 11).  Specifically, the

19   parties ask the court to permit the deposition of non-party witness Chuck Slavonic to occur

20   sometime *after* the discovery completion date of June 7, 2013, but sometime *before* July 19,

21   2013, due to that witness' medical circumstances.  (Dkt. No. 14 at 2.)

22         By way of background, the Judge England's Scheduling Order requires all

23   discovery to be completed by June 7, 2013.  (Scheduling Order at 2.)  According to that

24   Scheduling Order, "completed" means that "that all discovery shall have been conducted so that

25   all depositions have been taken and any disputes relative to discovery shall have been resolved by

26   appropriate order if necessary and, where discovery has been ordered, the order has been

1    obeyed." (Id.) Judge England's Scheduling Order also provides that the order "shall not be

2    modified except by leave of court upon a showing of good cause.  Agreement by the parties

3    pursuant to stipulation alone to modify the Pretrial Scheduling Order does not constitute good

4    cause.  Except in extraordinary circumstances, unavailability of witnesses or counsel will not

5    constitute good cause." (Id. at 11.)

6            The undersigned cannot grant a request to alter dates in the operative Scheduling

7    Order because he cannot modify another judge's order.  Accordingly, the parties' Stipulation

8    (Dkt. No. 14) is denied without prejudice.  The parties must seek leave from Judge England to

9    modify the Scheduling Order and to alter the discovery completion date in the manner requested.

10           Accordingly, for the reasons outlined above, IT IS HEREBY ORDERED that:

11           The parties' Stipulation (Dkt. No. 14) is denied without prejudice to its refiling

12   before Judge England.

13           IT IS SO ORDERED.

14   DATED:  May 8, 2013

15

16   _____

     KENDALL J. NEWMAN

17   UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26