CARL P. BLAINE (SBN 65229)
cblaine@wkblaw.com
ERIC R. GARNER (SBN 131232)
egarner@wkblaw.com
WAGNER KIRKMAN BLAINE
KLOMPARENS & YOUMANS LLP
10640 Mather Blvd., Suite 200
Mather, California 95655
Tel.: (916) 920-5286
Fax: (916) 920-8608

M. GABRIEL MCFARLAND
gmcfarland@emlawyers.com
EVANS & MCFARLAND, LLC
910 13th Street, Suite 200
Golden, Colorado 80401
Tel.: (303) 279-8300
Fax: (303) 277-1620

Attorney for Plaintiff Gary Gonsalves

MARC S. HINES (SBN 140065)
mhines@hinescarder.com
CHRISTINE M. EMANUELSON (SBN 221269)
cemanuelson@hinescarder.com
BRIAN PELANDA (SBN 278453)
bpelanda@hinescarder.com
HINES CARDER LLP
3090 Bristol Street, Suite 300
Costa Mesa, California 92626
Tel.: (714) 513-1122
Fax: (714) 513-1123

Attorneys for Defendants
NATIONWIDE MUTUAL INSURANCE COMPANY

# THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY GONSALVES,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>　　　　　Defendants. | CASE NO. 1:12-CV-01272-MCE-KJN<br><br>**STIPULATION TO TAKE THE DEPOSITION OF CHUCK SLAVONIC AFTER THE DISCOVERY CUT-OFF DATE OF JUNE 7, 2013; ORDER THEREON** |

1
STIPULATION TO TAKE THE DEPOSITION OF CHUCK SLAVONIC AFTER THE
DISCOVERY CUT-OFF DATE

**TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

**IT IS HEREBY STIPULATED AND AGREED** to, by and between the parties to this action, through their respective attorneys of record, HINES CARDER for Defendant, Nationwide Mutual Insurance Company ("NATIONWIDE"), and WAGNER KIRKMAN BLAINE, KLOMPARENS & YOUMANS LLP, and EVANS & MCFARLAND, LLC, for Plaintiff Gary Gonsalves ("Plaintiff"), that NATIONWIDE's deposition of Chuck Slavonic may take place after the present discovery cut-off deadline of June 7, 2013, but in any event no later than July 19, 2013.

1. This case involves a first-party insurance coverage dispute arising out of a homeowner's insurance policy NATIONWIDE issued to Plaintiff covering a residential property Plaintiff owned in Grass Valley, California. The loss at issue stems from a fire that occurred at Plaintiff's residence in February 2009.

2. Pursuant to this Court's Pretrial Scheduling Order dated September 10, 2012 [Doc. #11], the last day to conduct discovery herein is June 7, 2013.

3. On May 3, 2013, NATIONWIDE served Chuck Slavonic with a subpoena to testify at a deposition to take place on May 16, 2013 in Sacramento, California. Mr. Slavonic is the general contractor who prepared the cost estimate Plaintiff relies on for his claim for damages against NATIONWIDE. Mr. Slavonic is not a party to this action.

4. On May 3, 2013, NATIONWIDE's counsel spoke with Mr. Slavonic via telephone to discuss the scheduling of his deposition. Mr. Slavonic informed counsel that he is in the process of recovering from a serious knee-replacement operation on one of his legs, and that he is currently scheduled to undergo another knee-replacement operation on his other leg on May 13, 2013. According to Mr. Slavonic, he presently has very limited ability to leave his home because of his recovery. Furthermore, based on the experience he had with his previous knee-replacement operation, Mr. Slavonic indicated

2
STIPULATION TO TAKE THE DEPOSITION OF CHUCK SLAVONIC AFTER THE DISCOVERY CUT-OFF DATE

that he anticipates the medication he will be prescribed for several weeks after his surgery on May 13, 2013 will make it very difficult for him to testify at a deposition before June 7, 2013.  However, Mr. Slavonic indicated he is willing and believes he will be able to testify at a deposition in this matter by the end of June 2013.

5. On May 7, 2013, NATIONWIDE's counsel met and conferred with Plaintiff's counsel via email and informed Plaintiff's counsel as to Mr. Slavonic's present inability to testify at a deposition prior to the discovery cut-off deadline of June 7, 2013.  Plaintiff's counsel and NATIONWIDE's counsel therefore agreed to stipulate to allow Mr. Slavonic's deposition to occur after the present discovery cut-off deadline pursuant to Federal Rule of Civil Procedure 29(b).

6. The parties do not wish to modify the Scheduling Order in any way other than by allowing the deposition of Chuck Slavonic to take place after the present discovery cut-off deadline so that Mr. Slavonic will be capable of attending and testifying at a deposition.  All other depositions and discovery will be completed before the June 7, 2013 deadline.

7. Pursuant to the Pretrial Scheduling Order, the disclosure date for expert witnesses is not until August 7, 2013.  The parties agree that allowing NATIONWIDE's deposition of Mr. Slavonic to occur after the present discovery cut-off date will not interfere with the preparation of their respective expert disclosures, so long as Mr. Slavonic's deposition takes place on or before July 19, 2013.

8. Pursuant to the Pretrial Scheduling Order, the Final Pretrial Conference is set for February 6, 2014.  The parties agree that allowing NATIONWIDE's deposition of Mr. Slavonic to occur after the present discovery cut-off date will not interfere with their preparation for the Final Pretrial Conference, so long as Mr. Slavonic's deposition takes place on or before July 19, 2013.

9. Therefore, the Parties agree and hereby stipulate, subject to the Court's approval, that NATIONWIDE's deposition of Chuck Slavonic may take place beyond the

present discovery cut-off deadline of June 7, 2013, but in any event must be completed on or before July 19, 2013.

**IT IS SO STIPULATED.**

Dated:  May 9, 2013                **EVANS & MCFARLAND, LLC**


By:   /s/ *M. Gabriel McFarland*
M. Gabriel McFarland
Attorney for Plaintiff
GARY GONSALVES


Dated:  May 9, 2013                **WAGNER KIRKMAN BLAINE KLOMPARENS & YOUMANS LLP**


By:   /s/ *Eric R. Garner*
Carl P. Blaine
Eric R. Garner
Attorney for Plaintiff
GARY GONSALVES


Dated:  May 9, 2013                **HINES CARDER**


By:   /s/ *Brian Pelanda*
Marc S. Hines
Michelle L. Carder
Brian Pelanda
Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE COMPANY

4
STIPULATION TO TAKE THE DEPOSITION OF CHUCK SLAVONIC AFTER THE DISCOVERY CUT-OFF DATE

ATTESTATION OF CONCURRENCE IN FILING

I hereby attest and certify that on May 9, 2013, I received concurrence from Plaintiff's counsel, M. Gabriel McFarland and Eric R. Garner, to file this document with their electronic signatures attached.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 9, 2013.

/s/ *Brian Pelanda*
Brian Pelanda

**ORDER**

Based on the above Stipulation, and good cause appearing,

**IT IS ORDERED** that the Stipulation to Take the Deposition of Chuck Slavonic After the Discovery Cut-off Date of June 7, 2013, the terms of which are set forth above, is approved by this Court pursuant to Federal Rule of Civil Procedure 29(b), and that Mr. Slavonic's deposition may take place beyond the present discovery cut-off deadline of June 7, 2013, but in any event must be completed on or before July 19, 2013.

**IT IS SO ORDERED.**

DATED: May 23, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT