CARL P. BLAINE (SBN 65229)
cblaine@wkblaw.com
ERIC R. GARNER (SBN 131232)
egarner@wkblaw.com
**WAGNER KIRKMAN BLAINE**
**KLOMPARENS & YOUMANS LLP**
10640 Mather Blvd., Suite 200
Mather, California 95655
Tel.: (916) 920-5286
Fax: (916) 920-8608

M. GABRIEL MCFARLAND
gmcfarland@emlawyers.com
**EVANS & MCFARLAND, LLC**
910 13th Street, Suite 200
Golden, Colorado 80401
Tel: (303) 279-8300
Fax: (303) 277-1620

Attorneys for Plaintiff Gary Gonsalves

MARC S. HINES (SBN 140065)
mhines@hinescarder.com
CHRISTINE M. EMANUELSON (SBN 221269)
cemanuelson@hinescarder.com
BRIAN PELANDA (SBN 278453)
bpelanda@hinescarder.com
**HINES CARDER LLP**
3090 Bristol Street, Suite 300
Costa Mesa, California 92626
Tel: (714) 513-1122
Fax: (714) 513-1123

Attorneys for Defendant Nationwide Mutual
Insurance Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY GONSALVES,<br><br>    Plaintiff<br><br>    v.<br><br>NATIONWIDE MUTUAL<br>INSURANCE COMPANY,<br><br>    Defendant | Case No. 2:12-CV-01272-MCE-KJN<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |

Plaintiff Gary Gonsalves ("Plaintiff") and Defendant Nationwide Mutual Insurance

Company ("Defendant"), through their respective counsel, have reached a settlement agreement

{14269.00000 / 00701720.DOC.1}

in this matter without any admission of liability.

Pursuant to the settlement agreement, it is hereby stipulated by and between Plaintiff and Defendant, through their respective counsel of record, that this entire action shall be dismissed with prejudice, with each party to bear its own fees and costs.

DATED: May 21, 2013                         EVANS & MCFARLAND, LLC

                                           By:     s/M. Gabriel McFarland
                                                        M. Gabriel McFarland
                                                        Attorney for Plaintiff GARY GONSALVES

DATED: May 21, 2013                         WAGNER KIRKMAN BLAINE
                                                        KLOMPARENS & YOUMANS LLP

                                           By:     s/Eric R. Garner
                                                        Carl P. Blaine
                                                        Eric R. Garner
                                                        Attorneys for Plaintiff GARY GONSALVES

DATED: May 21, 2013                         HINES CARDER

                                           By:     s/Marc S. Hines
                                                        Marc S. Hines
                                                        Christine M. Emanuelson
                                                        Brian Pelanda
                                                        Attorneys for Defendant
                                                        NATIONWIDE MUTUAL INSURANCE
                                                        COMPANY

## ATTESTATION OF CONCURRENCE IN FILING

I hereby attest and certify that on May 14, 2013, I received concurrence from Defendant's counsel, Marc S. Hines, and Plaintiff's co-counsel, Eric R. Garner, to file this document with their electronic signatures attached.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 14, 2013.

                                                                        /s/ *M. Gabriel McFarland*
                                                                       M. Gabriel McFarland

## **ORDER**

Based on the above Stipulation, and good cause appearing,

**IT IS SO ORDERED** that this entire action is dismissed with prejudice. Each party is to bear its own fees and costs. The matter having been concluded in its entirety, the Clerk of Court is hereby directed to close the file.

DATED: June 5, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT